JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLINT CPS INKS NORTH AMERICA, LLC,<br><br>                      Plaintiff,<br><br>       vs.<br><br>TREND OFFSET PRINTING SERVICES, INC., ANTHONY J. LIENAU, ROBERT LIENAU, MUNIR AHMED, ADAM LIENAU, TODD NELSON, and DOES 1 through 10, inclusive;<br><br>                Defendants. | Case No. 8:20-cv-00651-JLS (JDEx)<br><br><br>**DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Stipulation of Completed Settlement and Request for Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action *with prejudice*.  The parties' shall bear their own fees and costs.  The Clerk of the Court is directed to terminate and close the case.

IT IS SO ORDERED.

Dated: September 16, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE